**Electronically Filed
Supreme Court
SCWC-18-0000212
12-DEC-2018
07:51 AM**

SCWC-18-0000212

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MS, Respondent/Plaintiff-Appellee,

vs.

EM, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000212; FC-D NO. 13-1-0458)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner EM's application for writ of certiorari,

filed on November 2, 2018, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, December 12, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

